RECEIVED

DEC 03 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| JANICE COLLINS | CIVIL ACTION NO. 07-1287 |
| | JUDGE MELANÇON |
| VS. | MAGISTRATE JUDGE METHVIN |
| PAUL GARCIA, O'REILLY AUTO PARTS, INC. AND ACE AMERICAN INSURANCE | |

## JURISDICTIONAL REVIEW RULING

Before the court is defendant's "Submission on Jurisdictional Amount,"[1] filed pursuant to this court's order of October 5, 2007. Plaintiff has not filed a response.[2] Having reviewed defendant's memorandum and the exhibits thereto, I conclude that defendant has proven by a preponderance of the evidence that the amount in controversy exceeds $75,000 by setting forth the specific facts in controversy that support a finding of the jurisdictional amount. Simon v. Wal Mart Stores, 193 F.3d 848 (5th Cir. 1999); Luckett v. Delta Airlines, Inc., 171 F.3d 295 (5th Cir. 1999).

Relevant jurisdictional facts which have been included in the memorandum discuss the nature and severity of plaintiff's injuries. Plaintiff's vehicle sustained an estimated $14,740.38 in repair costs in the motor vehicle accident and was reportedly declared a total loss. Following the motor vehicle accident, at the Byrd Regional Hospital, plaintiff underwent x-rays of the cervical, dorsal, and lumbosacral spine, x-rays of both shoulders and received an injection. Plaintiff has

---

[1] Rec. Doc. 11.

[2] Defendant's deadline for the filing of its memorandum was November 1, 2007 with plaintiff to respond within ten days thereafter or November 11, 2007.

2

additionally undergone cervical and lumbar MRI examinations. Plaintiff alleges continuing pain in her left shoulder, neck and back, and her doctors have recommended surgery. MRI results show a tear of her annulus at the L2-3 level, with a bulging disc at the same level. Medical expenses to date claimed by plaintiff are $12,936.49. Additionally, plaintiff claims that her injuries are permanent and will limit her future earning capacity.

Considering the foregoing, the undersigned concludes that plaintiff's claims satisfy the jurisdictional amount in this case.

Signed at Lafayette, Louisiana on ~~November~~ December 3, 2007.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)

COPY SENT:
DATE: 12/3/07
BY: CW
TO: mem